UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF THE DIRECTOR OF<br>NATIONAL INTELLIGENCE,<br><br>　　　　　Defendant. | Civil Action No. 25-3526 (AHA) |

**ANSWER TO COMPLAINT**

　　　　Defendant the Office of the Director of National Intelligence ("Defendant" or "ODNI"), by and through its undersigned counsel, respectfully submits the following Answer to Judicial Watch, Inc.'s Complaint, ECF No. 1, filed on October 1, 2025, in the above-captioned Freedom of Information Act ("FOIA") action, as follows.  Defendant expressly denies each and every allegation in the Complaint not specifically admitted or otherwise qualified herein.  Defendant reserves its right to amend, alter and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of the litigation.  To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents in response; however, Defendant's responses are not intended to be, and should not be construed to be, an admission that the cited materials are (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action.

# COMPLAINT[1]

## JURISDICTION AND VENUE

1. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed required, Defendants admit this Court has jurisdiction over this matter subject to the terms and limitations of FOIA.

2. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed required, Defendant admits that venue is proper in this judicial district.

## PARTIES

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Defendant admits that it is an agency of the United States government located in Washington, DC. The remainder of this paragraph asserts a legal conclusion to which no response is required.

## STATEMENT OF FACTS

5. Defendant admits that it received a FOIA request from Plaintiff on April 11, 2025. Defendant respectfully refers the Court to the request for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

6. Admit.

---

[1] Merely for ease of reference, Defendant's Answer replicates the headings contained in the Complaint. Although the Agency believes no response is required to such headings (Fed R. Civ. P. 10(b)), to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

7.     Defendant admits that as of the date of Plaintiff's Complaint it has not produced any records in response to Plaintiff's FOIA request or issued a final determination. Defendant otherwise denies the allegations in this paragraph, including any implication in this paragraph of any violation of FOIA.

## COUNT I:
### (Violation of FOIA, 5 U.S.C. § 552)

8.     Defendant incorporates by reference its responses to all preceding paragraphs.

9.     The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

10.    The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

11.    The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed required, Defendant admits only that it did not issue a final determination within twenty business days of its receipt of the request.

The remainder of the Complaint beginning with the "WHEREFORE" paragraph on page 4 contains Plaintiff's request for relief, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the requested relief. Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant asserts a general denial as to those allegations that are contained in the Complaint that are not specifically admitted herein.

## DEFENSES

Defendant alleges the following defenses to the Complaint. In asserting these defenses, Defendant does not assume the burden to establish any fact or proposition where that burden is properly imposed upon Plaintiff. Moreover, Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of litigation.

## FIRST DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceeds the relief authorized under FOIA, 5 U.S.C. § 552.

## SECOND DEFENSE

Plaintiff is not entitled to compel the production of records that are exempt from disclosure in whole, or in part, under the FOIA, 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, or other applicable law.

## THIRD DEFENSE

The Complaint should be dismissed to the extent Plaintiff's FOIA request fails to reasonably describe the records sought or would be unduly burdensome to process.

## FOURTH DEFENSE

Plaintiff is not eligible for or entitled to attorney's fees or costs.

\*   \*   \*

- 5 -

Dated: January 28, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:       /s/ John J. Bardo
     JOHN J. BARDO, D.C. Bar #1655534
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2539

*Attorneys for the United States of America*