UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICE OF THE DIRECTOR OF<br>NATIONAL INTELLIGENCE,<br><br>　　　　Defendant. | Civil Action No. 25-3526 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 3, 2026 minute order, Plaintiff Judicial Watch and Defendant the Office of the Director of National Intelligence ("ODNI") respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case. The parties report as follows:

1. This case stems from a FOIA request that Plaintiff sent to ODNI for records regarding statements made by ODNI Director Tulsi Gabbard during an April 11, 2025 cabinet meeting. *See* Compl. ¶ 5 (ECF No. 1).

2. ODNI is still searching for records responsive to the request and is not yet able to provide an estimate of the number of records responsive to the request.

3. Based on the fruits of the search, ODNI may need to conduct additional searches and thus ODNI is not able to commit, at this time, to an estimated date of when they will have a page count of potentially responsive records.

4. The parties respectfully propose filing another joint status report in thirty days on April 9, 2026.

| | |
|---|---|
| Dated: March 10, 2026<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| /s/ *Philumina Johanni*<br>RAMONA RAULA COTCA<br>D.C. Bar No. 501159<br>PHILUMINA JOHANNI*<br>Judicial Watch, Inc.<br>425 Third St. SW, Suite 800<br>Washington, DC 20024<br>Tel: (202)-5172<br>rcotca@judicialwatch.org<br>pjohanni@judicialwatch.org<br><br>*Attorneys for Plaintiff*<br>*\*Admitted Pro Hac Vice* | By:       /s/ John J. Bardo<br>      JOHN J. BARDO, D.C. Bar #1655534<br>      Assistant United States Attorney<br>      601 D Street, NW<br>      Washington, DC 20530<br>      (202) 252-2539<br><br>*Attorneys for the United States of America* |