UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH,

      Plaintiff,

    v.

OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

      Defendant.

Civil Action No. 25-3526 (AHA)

## **DEFENDANTS STATUS REPORT**

Pursuant to the Court's April 13, 2026 minute order, Defendant the Office of the Director of National Intelligence ("ODNI") respectfully submits this status report in this Freedom of Information Act ("FOIA") case.  The parties report as follows:

1.     This case stems from a FOIA request that Plaintiff Judicial Watch sent to ODNI for records regarding statements made by ODNI Director Tulsi Gabbard during an April 11, 2025 cabinet meeting.  See Compl. ¶ 5 (ECF No. 1).

2.     ODNI has finished its search for potentially responsive records and identified six records.  Four of those records will be sent for consultation with other government agencies.

3.     ODNI anticipates that by June 3, 2026 it will make an interim response to Plaintiff on the two records that do not require consultations.

*    *    *

Dated: April 23, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____/s/ John J. Bardo_____
       JOHN J. BARDO, D.C. Bar #1655534
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2539

*Attorneys for the United States of America*

2